UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Steven C. Mannion, |
| | : | U.S.M.J. |
| v. | : | |
| | : | Mag. No. 19-6263 |
| SHAMEIK BYRD, | : | |
| a/k/a "Homeboy," | : | ORDER FOR CONTINUANCE |
| NOEL FERGUSON, and | : | |
| ANTHONY POTTS | : | |
| | : | |

This matter having come before the Court on the joint application
of Craig Carpenito, United States Attorney for the District of New Jersey
(Jeffrey J. Manis, Assistant United States Attorney, appearing), and defendant
ANTHONY POTTS (Linda D. Foster, Assistant Federal Public Defender,
appearing), for an order granting a continuance of the proceedings in the
above-captioned matter from the date this Order is signed through January 15,
2020, to permit defense counsel the reasonable time necessary for effective
preparation in this matter and to allow the parties to conduct plea negotiations
and attempt to finalize a plea agreement; and the defendant being aware that
the defendant has the right to have the matter submitted to a grand jury within
30 days of the date of the defendant's arrest, pursuant to Title 18, United
States Code, Section 3161(b); and the defendant, through his attorney, having
consented to the continuance and waived such right; and one prior
continuance having been entered; and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be
continued for the following reasons:

(1)    The defendant has requested reasonable time necessary for effective preparation of this matter;

(2)    Both the United States and the defendant seek additional time to continue conducting plea negotiations, which would render any grand jury proceedings and any subsequent trial of this matter unnecessary;

(3)    The defendant has consented to the aforementioned continuance;

(4)    The grant of a continuance will likely conserve judicial resources; and

(5)    Pursuant to Title 18, United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

WHEREFORE, it is on this _4th_ day of November, 2019;

ORDERED that this action be, and hereby is, continued for a period from the date this Order is signed through and including January 15, 2020; and it is further

ORDERED that the period from the date this Order is signed through and including January 15, 2020 shall be excludable in computing time under the Speedy Trial Act of 1974.

HON. STEVEN C. MANNION
United States Magistrate Judge

19 mj 6263

Form and entry consented to:

Jeffrey J. Manis
Assistant U.S. Attorney

Linda D. Foster
Assistant Federal Public Defender
Counsel for defendant Anthony Potts

RECEIVED IN THE CHAMBERS OF

NOV - 4 2019

TIME:_____M
HON. STEVEN C. MANNION, U.S.M.J.

- 3 -